**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Interest of Eric D., A Juvenile Under the Age of Seventeen.

Appellate Case No. 2017-000905

Appeal From Horry County
Ronald R. Norton, Family Court Judge

Unpublished Opinion No. 2018-UP-449
Submitted October 1, 2018 – Filed December 5, 2018

**APPEAL DISMISSED**

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.

**HUFF, SHORT, and WILLIAMS, JJ., concur.**